# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**AMY THOMAS**                                                                       **PLAINTIFF**

**V.**                          **CASE NO. 3:16-CV-00030 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 12th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE