# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

AMY THOMAS                                                  PLAINTIFF

V.                     CASE NO. 3:16-CV-30-BD

SOCIAL SECURITY ADMINISTRATION            DEFENDANT

## ORDER

Plaintiff Amy Thomas has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #25) She seeks fees and expenses in the amount of $2,401.72. (*Id.*) The Commissioner does not object to the amount requested. (#27)

Ms. Thomas's motion (#25) is GRANTED, and the Commissioner is directed to pay $2,401.72 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 13th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE