IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMY THOMAS                                                                PLAINTIFF

V.                      CASE NO. 3:16-CV-30-BD

SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

## ORDER

Under the mandate in *Thomas v. Nancy A. Berryhill,* __F.3d__ (8th Cir. 2018) (docket entry #24), this case is hereby remanded to the Social Security Administration for a new step-five determination consistent with the opinion of the Court of Appeals.

SO ORDERED, this 4th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE